UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:22-CR-00048-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CLAYTON JAMES WRIGHT | ORDER TO SEAL |

On motion of the defendant [D.E. 36], Clayton James Wright, and for good cause shown, it is hereby ORDERED that [D.E. 35] be sealed until further notice by this Court.

IT IS SO ORDERED.

This 19 day of March, 2025.

JAMES C. DEVER III
United States District Judge